















RXC    12/14/01    11:44

3:01-CR-03650   USA V. SUPLITA

*1*

*CRINDI.*

01 DEC 14 AM 10: 32

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2001 Grand Jury  **01 CR 3650 JM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., |
| STEPHEN SUPLITA III, | Sec. 1030(a)(5)(A) - Intentionally Damaging a Protected Computer |
| Defendant. | |

The grand jury charges:

Beginning on or about August 1, 2000, and continuing up to and including October 21, 2000, within the Southern District of California and elsewhere, defendant STEPHEN SUPLITA III, using a computer located outside of California, did knowingly cause the transmission of programs, information, codes and commands, and as a result of such conduct, intentionally caused damage without authorization to a protected computer located within California, to wit, defendant STEPHEN SUPLITA III knowingly caused the transmission of programs, information, codes and commands to the computer system used by Enjoya.com, Fallbrook, California, a computer system that was then

//

MPS:nlv:San Diego
12/13/01

used in interstate and foreign commerce, and as a result of such conduct, defendant STEPHEN SUPLITA III intentionally caused damage and that damage caused a loss aggregating at least $5,000.00 in value during a one-year period to one or more individuals; in violation of Title 18, United States Code, Section 1030(a)(5)(A).

DATED: December 14, 2001.

A TRUE BILL:

_____
Foreperson

PATRICK K. O'TOOLE
United States Attorney

By: _____
MICHAEL P. SKERLOS
Assistant U.S. Attorney